IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

**CRUTCHFIELD DERMATOLOGY, P.A.,** a Minnesota Company, and **DR. CHARLES E. CRUTCHFIELD, III**,

           Plaintiffs,

vs.

**DR. MURRAY J. RIGGINS, JR.,** and **DOC RIGGINS ENTERPRISES, LLC,** d/b/a **MEDICAL AESTHETICS SKIN CARE**, an Alabama Limited Liability Company,

           Defendants.

Case No.

**JURY TRIAL DEMANDED**

## COMPLAINT

Plaintiff CRUTCHFIELD DERMATOLOGY, P.A. and CHARLES E. CRUTCHFIELD, III, MD (collectively "CRUTCHFIELD" or "Plaintiffs), by and through undersigned attorney, for their Complaint against DR. MURRAY J. RIGGINS, JR. and DOC RIGGINS ENTERPRISES, LLC d/b/a MEDICAL AESTHETICS SKIN CARE (collectively "RIGGINS" or "Defendants") alleges as follows:

### NATURE OF THE ACTION

1. This is an action for copyright infringement and false advertisement in connection with RIGGINS' unauthorized and continued use of Crutchfield's proprietary photographs in the

marketing of a RIGGINS' medical and skin care treatment of various dermatological conditions. RIGGINS provides dermatological care to patients in the practice located in Gadsden, Alabama. Prior to and continuing to the date of this complaint, RIGGINS has used, without authorization, proprietary and copyrighted images belonging to CRUTCHFIELD in the promotion and marketing of RIGGINS business. This use was unauthorized and false, causing damage in the false advertisement and deceptively benefiting from such false advertisement.

2. CRUTCHFIELD seeks, *inter alia*, damages for copyright infringement, false advertisement, deceptive trade practices, and injunctive relief.

## PARTIES

3. Crutchfield Dermatology, P.A. is a Minnesota Corporation with its principal place of business located at 1185 Town Centre Drive, Suite 101, Eagan, Minnesota 55123.

4. Charles E. Crutchfield, III, MD, is an individual with contact address of 1185 Town Centre Drive, Suite 101, Eagan, Minnesota 55123. Dr. Crutchfield is the sole owner of Crutchfield, Dermatology, P.A.

5. Upon information and belief, Dr. Murray J. Riggins, Jr. is an individual resident of the State of Alabama with contact address of 406 South Second Street, Gadsden, Alabama 35901.

6. Upon information and belief, Doc Riggins Enterprises, LLC, d/b/a Medical Aesthetics Skin Care is an Alabama Limited Liability Company having an address 406 South Second Street, Gadsden, Alabama 35901.

## JURSIDICTION AND VENUE

7. This is an action for copyright infringement arising under the Copyright laws of the

United States, Title 17, United States Code, and for deceptive and false advertising under the Lanham Act, 15 U.S.C. § 1125(a).

8. This Court has original, exclusive jurisdiction over actions arising under the Lanham Act, and original, exclusive jurisdiction over actions arising under the United States Copyright Act. See 28 U.S.C. § 1338(a) and see 15 U.S.C. § 1121(a).

9. On information and belief, Defendants, RIGGINS, are subject to personal jurisdiction in the Northern District of Alabama (the "District"), consistent with the principles of due process, because Defendants advertised in the District and beyond, offered their services in this District, have transacted business in this District, have committed and/or induced acts of copyright infringement in this District, and/or have placed infringing photographs into the stream of commerce through established distribution channels with the expectation that such advertisement shall result in economically beneficial business in this District.

10. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), 1391(c), 1391(d), and 1400(b).

## CRUTCHFIELD'S BUSINESS

11. For more than 18 years, Dr. Crutchfield has practiced as a licensed medical doctor specializing in dermatology in the state of Minnesota. He is the owner and Chief Executive Officer of Crutchfield Dermatology, P.A. in Eagan, Minnesota.

12. CRUTCHFIELD was established in 2001 and has gained a very high reputation within the dermatology profession for excellence in the results they achieve for their patients.

13. CRUTCHFIELD has photographically documented treatment results from their special dermatological skills and has copyrighted such photographs. Some of these photographs include images of their success in treating patients' keloid scars, others show the successful treatment

of laser treated acne and/or other skin conditions. (Exhibits A and B, "Proprietary Photographs").

14. As a result of the skills in blending different treatments and products in order to achieve desired results, Dr. Crutchfield has won several recognitions as a leading dermatologist in Minnesota; "Top Doctor;" "Top Doctor for Women;" "America's 10 Leading Dermatologists;" and more. Dr. Crutchfield is a Clinical Professor of Dermatology at the University of Minnesota; has been named "Teacher of the Year;" and is recognized as one of the leading dermatologists in the United States.

## FACTUAL BACKGROUND

15. Prior to December 2012, CRUTCHFIELD, the owner of Proprietary Photographs showing the Plaintiffs' success and skills in skin care treatment, caused these images to be registered with the Registrar of Copyrights with Registration Number VA 1-855-660.

16. Prior to April 2015, and continuing till date, RIGGINS has advertised on their webpage, www.mymasc.com, falsely using the Proprietary Photographs as examples of their accomplishments in the treatment of dermatological conditions.

17. On or about February 3, 2016, CRUTCHFIELD, through counsel, contacted RIGGINS about the infringement of their Proprietary Photographs. Dr. Riggins responded by telephone call and letter, and promised among other things to cease any further publication or use of the Proprietary Photographs. However, the use continued despite his promises.

18. As of June 7, 2016, this unauthorized use of CRUTCHFIELD's Proprietary Photographs is still being used to market the RIGGINS service on their website as if the dermatological results shown in those Proprietary Photographs were their own.

## COUNT I

### COPYRIGHT INFRINGEMENT UNDER THE COPYRIGHT ACT

19. CRUTCHFIELD re-alleges and incorporates by reference the allegations set forth in paragraphs 1- 18.

20. CRUTCHFIELD is the owner of all right, title, and interest in the Proprietary Photographs attached hereto as Exhibits "A" and "B".

21. RIGGINS published without authorization, Plaintiffs' Proprietary Photographs in the marketing on their webpage and elsewhere online and have continued to do so as of June 15, 2016, despite their earlier recognition and agreement to cease such use.

22. CRUTCHFIELD has been damaged by RIGGINS' failure to remove all infringing and false use of the Proprietary Photographs.

23. CRUTCHFIELD has been damaged but cannot determine the extent of the actual damage without adequate discovery.

24. The above-described acts of RIGGINS constitute copyright infringement under 17 USC §504.

25. Defendants' conduct as aforesaid has caused great and irreparable injury to Plaintiff, and unless such conduct is enjoined, it will continue and Plaintiff will continue to suffer great and irreparable injury.

26. Plaintiff has no adequate remedy at law, considering the balance of the hardships between parties an equitable remedy is appropriate, and the Plaintiff is likely to succeed on the merits of this case.

WHEREFORE, premises considered, the Plaintiffs demand a permanent injunction be entered against the Defendants preventing them from using the Plaintiffs' Proprietary Photographs, and statutory, actual, and/or punitive damages in an amount as such a jury may award.

## COUNT II

## FALSE ADVERTISEMENT UNDER THE LANHAM ACT

27. Plaintiff re-alleges and incorporates by reference the allegations set forth in paragraphs 1- 26.

28. By showing Plaintiff's Proprietary Photographs of the results of successful skincare in Defendants' advertisements on their website and elsewhere, and by implying the medical results shown by those Photographs were the work of RIGGINS, when in fact they are the work of CRUTCHFIELD, RIGGINS have therefore made representations that are 'literally false' and/or misrepresented the nature, characteristics, qualities, and/ or geographic origin of their services.

29. The representations that these photographs and the work they show were those of RIGGINS constituted commercial speech that was made for the purpose of influencing consumers to purchase RIGGINS' dermatological services. Further, these representations were disseminated sufficiently to the relevant purchasing public such that they constitute "advertising" or "promotion" within the dermatological industry.

30. CRUTCHFIELD has been or is likely to be damaged by RIGGINS' false advertising.

31. RIGGINS' conduct was knowing and willful and undertaken with the intent of causing consumer confusion and to detract customers and sales from CRUTCHFIELD.

WHEREFORE, premises considered, Plaintiff requests damages allowable under 15 U.S.C. § 1117(a), including but not limited to RIGGINS' profits, Plaintiff's lost profits, the costs of the action, treble damages, statutory damages, attorneys' fees, and any other amounts to which Plaintiff may be entitled in such an amount as a jury may award.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff CRUTCHFIELD prays judgment against Defendants RIGGINS, as follows:

1. Judgment that RIGGINS has infringed on CRUTCHEFIELD's Proprietary Photographs;

2. Monetary damages per infringement of each photograph to compensate CRUTCHFIELD for RIGGINS' copyright infringement in such amount as a jury may award;

3. A permanent injunction pursuant to 17 U.S.C. § 502, preventing RIGGINS from further acts of infringement;

4. Judgment that RIGGINS has willfully falsely advertised their services by representing CRUTHFIELDS' results as their own;

5. Judgment against RIGGINS for such false advertisement in such amount as a jury may award, plus treble damages due to RIGGINS willful conduct;

6. Any other such further relief as the Court deems just and equitable.

Respectfully submitted this 15 day of June, 2016.

        /s/ Amanda B. Cook
        Amanda B. Cook (COO100)
        Attorney for Plaintiff
        2740 Zelda Road Ste 5B
        Montgomery, AL  36106
        (334) 356-7879
        (334) 239-8211 fax
        E-mail:  amanda@abcesq.com