# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
|  | ) | **Summons** |
|  | ) | (Issued pursuant to Rule 4 of |
|  | ) | the Federal Rules of Civil |
| **Plaintiff,** | ) | Procedure or other appropriate |
|  | ) | law.) |
| v. | ) |  |
|  | ) | CIVIL ACTION CASE NUMBER:  4:16-cv-00985-SGC |
|  | ) |  |
|  | ) |  |
| **Defendant.** | ) |  |

**Summons in a Civil Action**

To: (*Defendant's name and address*)

Dr. Murray Riggins
406 South Second Street,
Gadsden, Alabama 35901

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within _____21_____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

AMANDA B COOK COUNSELOR AT LAW
2740 ZELDA ROAD SUITE 5B
MONTGOMERY, AL 36106

**If you fail to do so, judgment by default may be entered against you for the relief  demanded in the complaint.**   You also must file your answer or motion with the court.

DATE:_____                           SHARON N. HARRIS, CLERK

                                                                   By:

SEE REVERSE SIDE FOR RETURN                Deputy Clerk

                                                                   (SEAL OF COURT)


NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203



**RETURN ON SERVICE OF WRIT**

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐     By personal service on the defendant at _____

_____

☐     By serving a person of suitable age and discretion then residing in the defendant's usual place of abode.  (Give name and address of person served.)

_____

_____

☐     By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association.  (Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____        _____
      *Date*                         *Authorized or Specially Appointed Process Server*

Costs of Service: Service fee:                                     $
                     Expenses: _____ miles @ _____cents     $_____
                                                                    TOTAL $