# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **CRUTCHFIELD DERMATOLOGY, P.A. and DR. CHARLES E. CRUTCHFIELD, III,** ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No.:  4:16-CV-0985-VEH |
| **DR. MURRAY J. RIGGINS, JR and DOC RIGGINS ENTERPRISES, LLC, d/b/a MEDICAL AESTHETICS SKIN CARE,** ) ) ) ) ) ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On July 10, 2017, the Court entered an Order which, *inter alia*, states: "Plaintiffs are **HEREBY ORDERED** to **SHOW CAUSE**, no later than July 31, 2017, why their case should not be dismissed without prejudice for the failure to prosecute." (Doc. 17 at 2).[1] The deadline for Plaintiffs' show cause response has now passed, and Plaintiffs have filed nothing.

For the conduct set out in this Court's previous Order (doc. 17), and in light of Plaintiffs' failure to respond to that Order, this action is **HEREBY DISMISSED**

---

[1] *See* document 17 for the complete history of Plaintiffs' failure to prosecute and/or to comply with Court Order(s).

**WITHOUT PREJUDICE** *sua sponte* for Plaintiffs' failure to prosecute and/or comply with the Order(s) of this Court. *See Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31, 82 S. Ct. 1386, 1389, 8 L. Ed. 2d 734 (1962) ("The authority of a court to dismiss *sua sponte* for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."); *Goforth v. Owens*, 766 F.2d 1533, 1535 (11th Cir. 1985) ("The court's power to dismiss is an inherent aspect of its authority to enforce its orders and [e]nsure prompt disposition of lawsuits." (citing *Link*, 370 U.S. at 630-31, 82 S. Ct. at 1388-89)); *see also* FED. R. CIV. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

    **DONE** and **ORDERED** this 8th day of August, 2017.

                                                            **VIRGINIA EMERSON HOPKINS**
                                                            United States District Judge